

Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
+1 412 654 9070
abolitionistlawcenter.org

April 18, 2017

**Re: Plaintiff's participation in mediation**

Honorable Judge Conner,

     Counsel for plaintiff Arthur Johnson in the case of *Johnson v. Wetzel*, 1:16-cv-863, writes to inform the Court that upon consultation with our client and opposing counsel it is our preference for Mr. Johnson to participate in the upcoming mediation scheduled for April 24, 2017 at 1:00pm before Magistrate Judge Carlson via telephone from the State Correctional Institution (SCI) Greene with at least one of his counsel present. Mr. Johnson prefers to not have to go through the transport process, and considers his ability to participate in the mediation session with one of his lawyers present with him at SCI Greene and the others in Court in Harrisburg is sufficient to pursue and protect his interests.

     Ms. Giunta, counsel for defendants, concurs in this arrangement and has stated that the Department of Corrections will make necessary arrangements for Mr. Johnson to participate in the afore-mentioned manner.

     This letter is submitted at the suggestion of Kevin Neary during a telephone call today so as to inform the Court of this preference and so that the Writ of Habeas Corpus Ad Testificandum could be rescinded or otherwise modified to reflect the parties' joint intention for Mr. Johnson to participate via telephone.

Respectfully submitted,

/s/ Bret Grote, Esquire

*Counsel for Arthur Johnson*