# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR JOHNSON,** | : | **CIVIL ACTION NO. 1:16-CV-863** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, this 28th day of June, 2017, it having been reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within ninety (90) days, to reinstate the action if the settlement is not consummated.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania